**QUILL & ARROW LLP**
Kevin Y. Jacobson (SBN 320532)
Athena Nguyen (SBN 331265)
kjacobson@quillarrowlaw.com
anguyen@quillarrowlaw.com
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024

Attorney for Plaintiff,
**THOMAS GRENON**

**ROSEWALDORF LLP**
Mark W. Skanes (SBN 322072)
Michael J. Gregg (SBN 321765)
mskanes@rosewaldorf.com
mgregg@rosewaldorf.com
100 Oceangate, Suite 300
Long Beach, California 90802

Attorneys for Defendant,
**FCA US LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GRENON, an individual,<br><br>Plaintiff,<br>vs.<br><br>FCA US LLC, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 5:21-cv-00560-JLS-SHK<br>District Judge: Josephine L. Stanton<br>Magistrate Judge: Shashi H. Kewalramani<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, THOMAS GRENON, and Defendant, FCA US LLC, (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiffs and after payment of Plaintiffs' attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated: August 9, 2021  QUILL & ARROW LLP

By _/s/ Kevin Y. Jacobson_____
Kevin Y. Jacobson, Esq.
Attorneys for Plaintiff
THOMAS GRENON

Dated: August 9, 2021  ROSEWALDORF LLP

By: __/s/Michael J. Gregg_____
Michael J. Gregg, Esq.
Attorneys for Defendant
FCA US LLC