**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GRENON, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>FCA US LLC, a Delaware Limited Liability Corporation, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.: 5:21-cv-00560-JLS-SHK<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

     Pursuant to the Stipulation filed by Plaintiff Thomas Grenon and Defendant FCA US LLC (Doc. 19), this case is hereby DISMISSED with prejudice.

DATED:  September 16, 2021

                                                  _____
                                                  HON. JOSEPHINE L. STATON
                                                  UNITED STATES DISTRICT JUDGE